CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 19 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SARAH ELIZABETH BUTTERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:15-cv-00015 |
| | ) |
| JAMES MADISON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## CONSENT ORDER

Plaintiff and Defendant, by counsel, jointly move the Court for the entry of an agreed Order to modify the filing deadline for Defendant James Madison University's answer or other responsive pleading to the Complaint. The parties respectfully request that this Court allow Defendant James Madison University to file an answer or other responsive pleading to the Complaint on or before May 4, 2015.

The Court has considered the Joint Motion to Amend Deadline for Filing Responsive Pleading and the parties' agreed Order. Having given due consideration to this Joint Motion and in light of the parties' consent, the Court is of the opinion that the Joint Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant James Madison University shall file an answer or other responsive pleading to the Complaint on or before May 4, 2015.

Entered this 19th day of March, 2015

/s/ Michael F. Urbanski
United States District Judge