IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| **SARAH ELIZABETH BUTTERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 5:15-cv-00015 |
| | ) |
| **JAMES MADISON UNIVERSITY,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendant James Madison University, by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss the plaintiff's Complaint with prejudice. In support of this Motion, the defendant relies on the Brief in Support filed with this Motion.

**Respectfully submitted,**

/s/ Mike F. Melis
Mike F. Melis (VSB # 43021)
Assistant Attorney General
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 371-7965
Facsimile: (804) 371-2087
Email: mmelis@oag.state.va.us
*Counsel for Defendant James Madison University*

Mark R. Herring
Attorney General of Virginia

Rhodes B. Ritenour
Deputy Attorney General

Ronald N. Regnery
Trial Section Chief/Senior Assistant Attorney General

Nicholas F. Simopoulos
General Civil and Trial Unit Manager/Assistant Attorney General

Mike F. Melis
Assistant Attorney General

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of May, 2015, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the plaintiff.

      /s/ Mike F. Melis
      Mike F. Melis (VSB # 43021)
      Assistant Attorney General
      Office of the Attorney General
      900 East Main Street
      Richmond, Virginia 23219
      Telephone: (804) 371-7965
      Facsimile: (804) 371-2087
      Email:  mmelis@oag.state.va.us
      *Counsel for Defendant James Madison University*