IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SARAH ELIZABETH BUTTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:15-cv-00015 |
| ) | |
| JAMES MADISON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CONSENT ORDER TO AMEND THE SCHEDULING ORDER**

This day came the parties, by counsel, on their Joint Motion to Amend the Scheduling Order. Having given due consideration to this matter and for good cause, the Court is of the opinion that the Joint Motion should be GRANTED.

IT IS HEREBY ORDERED that the Scheduling Order entered on May 12, 2015 be amended to reflect a trial date of August 15-19, 2016, beginning at 9:30 a.m., and to reflect pretrial deadlines as follows:

| | |
|---|---|
| **DEADLINE TO COMPLETE DISCOVERY:** | 95 days before trial (May 12, 2016) |
| **DEADLINE TO FILE DISPOSITIVE MOTIONS AND MOTIONS TO EXCLUDE EXPERTS:** | 80 days before trial (May 27, 2016) |
| **DEADLINE FOR HEARINGS ON DISPOSITIVE MOTIONS AND MOTIONS TO EXCLUDE EXPERTS:** | 45 days before trial (July 1, 2016) |
| **DEADLINE FOR PARTIES TO EXCHANGE WITNESS AND EXHIBIT LISTS:** | 28 days before trial (July 18, 2016) |

| | |
|---|---|
| **DEADLINE FOR MOTIONS IN LIMINE:** | **21 days before trial (July 25, 2016)** |
| **DEADLINE FOR DEPOSITION DESIGNATIONS:** | **21 days before trial (July 25, 2016)** |
| **DEADLINE FOR COUNTERDESIGNATIONS AND OBJECTIONS TO DEPOSITION DESIGNATIONS:** | **14 days before trial (August 1, 2016)** |
| **DEADLINE FOR OBJECTIONS TO COUNTERDESIGNATIONS:** | **7 days before trial (August 8, 2016)** |
| **DEADLINE FOR JURY INSTRUCTIONS:** | **7 days before trial (August 8, 2016)** |
| **DEADLINE FOR HEARING ON MOTIONS IN LIMINE AND MOTIONS OBJECTING TO DEPOSITION TESTIMONY OR TRIAL EXHIBITS:** | **7 days before trial (August 8, 2016)** |
| **FINAL PRETRIAL CONFERENCE:** | **7 days before trial (August 8, 2016)** |

Entered this __16th__ day of __February__, 2016

_____
~~United States District Judge~~

United States Magistrate Judge

We ask for this:

/s/ Nicholas Foris Simopoulos_____
Nicholas Foris Simopoulos (VSB No. 68664)
Assistant Attorney General/Unit Manager
John G. Butler, III (VSB No. 46200)
Assistant Attorney General
Nerissa N. Rouzer (VSB No. 79002)
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-8199
Fax: (804) 371-2087
Email: nsimopoulos@oag.state.va.us
    jbutler@oag.state.va.us
    nrouzer@oag.state.va.us
*Counsel for James Madison University*


/s/ W. Coleman Allen, Jr._____
W. Coleman Allen, Jr. (VSB No. 19847)
Christopher J. Toepp (VSB No. 75519)
Allen, Allen, Allen and Allen
1809 Staples Mill Road
Richmond, VA 23230
Telephone: (804) 257-7594
Fax: (804) 631-8130
Email: coleman.allen@allenandallen.com
    christopher.toepp@allenandallen.com
*Counsel for Plaintiff*